WILLIAM JOHNSON, Appellant, *v.* ROBERT A. WILLIAMS, Executor, etc., Respondent.

(Argued November 15, 1875; decided November 23, 1875.)

THIS case presented simply exceptions to findings of fact. *Held*, that the evidence was sufficient to sustain the findings.

*Samuel Hand* for the appellant.

*H. E. Sickels* for the respondent.

FOLGER, J., reads for affirmance.
All concur.
Judgment affirmed.